**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 10-23548-CIV-COOKE/TURNOFF**

**HUMBERTO REYES,**

     **Plaintiff,**

**vs.**

**AQUA LIFE CORP.,**

     **Defendant.**

_____/

## DEFENDANT AQUA LIFE CORP.'S MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO ATTEND OCTOBER 17, 2011 DEPOSITION AND REQUEST FOR HEARING

Pursuant to Rule 37(d)(1)(A)(i), Federal Rules of Civil Procedure, Defendant Aqua Life Corp. moves for sanctions for the failure of plaintiff and his legal representative to attend plaintiff's October 17, 2011 deposition.  Defendant also requests a hearing on this motion.  The undersigned counsel conferred with counsel for plaintiff regarding the basis of this motion, but no resolution could be reached.

## ARGUMENT

After unilaterally cancelling the first deposition on October 7, plaintiff and his attorney did not show up for plaintiff's October 17, 2011 deposition, claiming no notice of deposition was ever received.  Rule 37(d)(1)(A)(i), Federal Rules of Civil Procedure, states in pertinent part: "The court … may, on motion, order sanctions if … a party … fails, after being served with proper notice, to appear for

1

that person's deposition."  That deposition was noticed by email and regular mail on October 6, 2011.  The Court Reporter's Certificate of Non-Appearance is attached hereto as Exhibit "1."  The notice of deposition is attached hereto as Exhibit "2."  The email sending the notice of deposition is attached hereto as Exhibit "3."  Beyond that, the existence of that notice of deposition was referenced on page 3, last paragraph of DE 65, which is Defendant's motion to compel deposition of plaintiff because plaintiff did not attend his October 7, 2011 deposition.

On the morning of the October 17, 2011 deposition at about 9:55 am, the undersigned counsel contacted plaintiff's counsel's legal assistant who stated that plaintiff's counsel never got the notice of deposition and would not appear with the plaintiff.  The email confirming that is attached hereto as Exhibit "4."

Plaintiff's counsel is clearly obstructing the discovery process. Clearly the plaintiff's counsel knew about the deposition by email, mail, and by clear reference in defendant's motion to compel plaintiff's deposition [DE 65].  This is not a mere mistake and plaintiff's counsel has shown repeated obstruction of discovery. Plaintiff refuses to answer basic interrogatories, document requests, or specify his damages, all of which are subject to pending motions to compel in DE 51, 60, and 61.  Plaintiff would not produce his witness list without a motion to compel [DE 56].  Plaintiff's counsel nevertheless has found the time to take *four* depositions of

2

defendant's officers and another key employee.   Plaintiff's counsel apparently believes the defendant can do nothing to remedy this.

Defendant had to hire a Spanish language interpreter, a court reporter, and waste an hour of after the 9 am deposition, to discover at 10 am that there would be no deposition because plaintiff's counsel falsely contended he never got the notice of deposition.  The undersigned counsel anticipated this might happen and that is why defendant had filed the motion to compel plaintiff's deposition in DE 65.

Defendant requests in DE 65 an order compelling the deposition of plaintiff, and seeks in this motion that the plaintiff and plaintiff's counsel reimburse defendant for its costs and attorney time for the wasted hour and the attorney time in connection with this motion.

Respectfully submitted,

**Peter T. Mavrick, P.A.**
Attorney for Defendant Aqua Life Corp.
1620 West Oakland Park Boulevard
Suite 300
Fort Lauderdale, Florida  33311
Telephone: 954-564-2246
E-Mail: pmavrickesq@yahoo.com

BY:s/Peter T. Mavrick__
Peter T. Mavrick
FL Bar No.: 0083739

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by means of the Court's electronic filing system on October 17, 2011 on all counsel of record or parties on the attached service list.

BY:s/Peter T. Mavrick
Peter T. Mavrick
FL Bar No.: 0083739

## SERVICE LIST

Sina Negahbani, Esq.
Negahbanis@yahoo.com
P.O. Box 566055
Miami, Florida  33256
Phone: 305-595-9078
Facsimile: 305-595-9079
Attorney for Plaintiff