UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  10-23548-Civ–COOKE/TURNOFF

HUMBERTO REYES,

    Plaintiff

vs.

AQUA LIFE CORPORATION,

    Defendant.

_____/

**FINAL JUDGMENT**

THIS MATTER is before me following the jury trial, which commenced December 2, 2013, and concluded December 6, 2013.  The jury returned a verdict in favor of the Plaintiff Humberto Reyes and against Defendant Aqua Life Corporation in the amount of $14,770 in compensatory damages.

It is **ORDERED and ADJUDGED** that judgment is entered in this matter in favor of the Plaintiff Humberto Reyes and against Defendant Aqua Life Corporation in the amount of $14,770 in compensatory damages, together with pre- and post-judgment interest, which shall accrue at the applicable legal rate, and for which sum let execution issue.  The Clerk is directed to **CLOSE** this case.  All motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 18th day of December 2013.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*